UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

IN RE:   Ramona Corbett,    Case #16-10259-BAH
    Debtor.      Chapter 13

**Order Approving Motion to Modify Modified Chapter 13 Plan**

  Upon consideration of the Motion to Modify her Chapter 13 Plan dated October 13, 2016 (Docket No. 33) (the "Motion"), it is hereby ORDERED:

  1. The debtor's Amended Plan dated May 4, 2016 was confirmed by the Court on May 31, 2016.

  2. The Motion to Modify is granted and its attached Modified Chapter 13 Plan dated October 13, 2016 is approved.  The debtor shall be obligated to make the following payments pursuant to the terms of the Modified Plan:

  The debtor shall pay $660.00 per month for the first 7 months, $0.00 per month for the next month, and $715.00 per month for the final 52 months, commencing April 2, 2016. The total of all payments shall be $41,800.00.  In addition, any annual tax refunds received in excess of $1,200.00 shall be remitted to the Chapter 13 Trustee as additional Plan payments.

Date: _____  _____
                Bruce A. Harwood
                Chief Bankruptcy Judge